FILED

2004 NOV 23 A 1:50

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | NOVEMBER 22, 2004 |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing, until March 1, 2005, for the following reasons:

1. Mr. Concepcion's sentencing is tentatively scheduled for January 25, 2005.

2. The cases of the other indicted defendants are scheduled for Jury Selection on January 11, 2005.

3. The trials of the other indicted defendants may not be completed by January 25, 2005.

4. The defendant Jose Concepcion believes that evidence presented during the trial of the other indicted defendants will be relevant to issues at his sentencing.

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com

5. On November 17, 2004, defense counsel spoke by telephone with Assistant U.S. Attorney Jonathan Biran who indicated that the government does not object to this motion.

WHEREFORE, the defendant respectfully requests that this Court grant the instant motion and continue his sentencing until March 1, 2005.

Respectfully submitted,

JOHN J. KELLY
Cantor, Floman, Gross,
Sacramone & Daly, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 22nd day of November, 2004 to:

Jonathan Biran, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT 06460

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richards
405 Orange Street
New Haven, CT 06511

Raymond F. Miller, Esq.
U.S. Attorney's Office-HFD
450 Main Street, Room 328
Hartford, CT 06103

JOHN J. KELLY