FILED

2004 NOV 23 A 1: 50

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | NOVEMBER 22, 2004 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing, until March 1, 2005, for the following reasons:

1. Mr. Concepcion's sentencing is tentatively scheduled for January 25, 2005.

2. The cases of the other indicted defendants are scheduled for Jury Selection on January 11, 2005.

3. The trials of the other indicted defendants may not be completed by January 25, 2005.

4. The defendant Jose Concepcion believes that evidence presented during the trial of the other indicted defendants will be relevant to issues at his sentencing.

FILED
2004 NOV 29 A 11: 2[?]
U.S. DISTRICT COURT
NEW HAVEN, CT

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com