FILED

2005 JAN 10 P 3: 33

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | JANUARY 6, 2005 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing, until May 6, 2005, for the following reasons:

1. Mr. Concepcion's sentencing is scheduled for March 1, 2005.

2. The cases of the other indicted defendants, scheduled for Jury Selection on January 11, 2005, have been re-scheduled to April 11, 2005.

3. The defendant Jose Concepcion believes that evidence presented during the trial of the other indicted defendants will be relevant to issues at his sentencing.

4. On January 5, 2005, defense counsel received a voice-mail from Assistant U.S. Attorney Jonathan Biran. Said message informed defense counsel of the new jury selection date of April 11, 2005 and requested that defense counsel file a motion to continue sentencing.

**WHEREFORE**, the defendant respectfully requests that this Court grant the instant motion and continue his sentencing until May 6, 2005.

        Respectfully submitted,

        _____
        JOHN J. KELLY
        Cantor, Floman, Gross,
        Sacramone & Daly, P.C.
        378 Boston Post Road
        P.O. Drawer 966
        Orange, CT 06477
        Tel. (203) 795-1211
        Federal Bar No. ct09146

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 6th day of January, 2005 to:

Jonathan Biran, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT  06460

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT  06096

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richards
405 Orange Street
New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office-HFD
450 Main Street, Room 328
Hartford, CT  06103

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT  06511

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

JOHN J. KELLY