United States District Court
District of Connecticut
FILED at    NEW HAVEN

5/25/05

By: _____
Deputy Clerk

RECEIVED

MAY 25 2005

CHAMBERS OF ELLEN BREE BURNS
Senior United States District Judge

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | May 24, 2005 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing for the following reasons:

1. Mr. Concepcion's sentencing was scheduled for May 6, 2005.

2. The cases of the other indicted defendants, were scheduled for Jury Selection on January 11, 2005, but have been continued to August 11, 2005.

3. The defendant Jose Concepcion believes that evidence presented during the trial of the other indicted defendants will be relevant to issues at his sentencing.

4. Counsel for the defendant will be in Spain between July 15, 2005 and October 28, 2005.

5.    Counsel for the defendant spoke by telephone to Assistant U.S. Attorney Jonathan

Biran who stated be had no objections to this motion.

**WHEREFORE**, the defendant respectfully requests that this Court grant the instant

motion and continue his sentencing to a date in November, 2005, that the Court deems proper.

Respectfully submitted,

JOHN J. KELLY
Cantor Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 24th day of May, 2005 to:

Jonathan Biran, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Raymond F. Miller, Esq.
U.S. Attorney's Office-HFD
450 Main Street, Room 328
Hartford, CT 06103

_____
JOHN J. KELLY