

FILED

2005 NOV 10 P 2: 22

U.S.
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | NOVEMBER 9, 2005 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing, until January 16, 2006, for the following reasons:

1. Mr. Concepcion's sentencing is scheduled for November 16, 2005.

2. The sentencing of the other indicted defendants are scheduled for January 13, 2006.

3. The defendant, Jose Concepcion, believes that evidence presented during the sentencings of the other indicted defendants will be relevant to issues at his sentencing.

4. The undersigned counsel has spoken with Assistant U.S. Attorney Jonathan Biran who stated he has no objection to the granting of this Motion.

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

**WHEREFORE**, the defendant respectfully requests that this Court grant the instant motion and continue his sentencing until January 16, 2006.

Respectfully submitted,

_____
JOHN J. KELLY
Cantor, Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O.DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 9th day of November 2005 to:

Jonathan Biran, Esq.  
Assistant U.S. Attorney  
P.O. Box 1824  
New Haven, CT  06508

Alan Sobol, Esq.  
O'Connell Flaherty & Attmore  
280 Trumbull Street  
Hartford, CT  06103

Edmund Q. Collier, Esq.  
771 Boston Post Road  
Milford, CT  06460

Michael S. Hillis, Esq.  
205 Whitney Avenue  
New Haven, CT  06511

Jeffrey Olgin, Esq.  
74 Rose Hill Road  
Branford, CT  06405

Richard S. Cramer, Esq.  
449 Silas Deane Highway  
Wethersfield, CT  06109

David J. Wenc, Esq.  
P.O. Box 306  
Windsor Locks, CT  06096

Jonathan J. Einhorn, Esq.  
412 Orange Street  
New Haven, CT  06511

Ethan A. Levin-Epstein, Esq.  
Garrison Levin-Epstein Chimes & Richards  
405 Orange Street  
New Haven, CT  06511

Raymond F. Miller, Esq.  
U.S. Attorney's Office-HFD  
450 Main Street, Room 328  
Hartford, CT  06103

*[signature]*  
JOHN J. KELLY

CANTOR, FLOMAN - JURIS 423986  
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966  
TELEPHONE (203)795-1211 – FAX (203)795-1215  
sfloman@cantorfloman.com  
www.cantorfloman.com