FILED

2006 JAN 17  A 11: 33

U.S. DISTRICT COURT
NEW HAVEN CT

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | JANUARY 17, 2006 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing, until May 4, 2006, for the following reasons:

1. Mr. Concepcion's sentencing is scheduled for January 17, 2006.

2. Undersigned counsel has been informed that the sentencings of the other indicted defendants were scheduled for January 13, 2006, but have been continued to February or March, 2006.

3. The defendant, Jose Concepcion, believes that evidence presented during the sentencings of the other indicted defendants will be relevant to issues at his sentencing.

4. The undersigned counsel will be in Spain between January 28, 2006 and April 28, 2006.

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

5.    The undersigned counsel has spoken with Assistant U.S. Attorney Jonathan Biran who stated he has no objection to the granting of this Motion.

**WHEREFORE**, the defendant respectfully requests that this Court grant the instant motion and continue his sentencing until May 4, 2006.

Respectfully submitted,

JOHN J. KELLY
Cantor, Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O.DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 17th day of January 2006 to:

Jonathan Biran, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT 06460

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richards
405 Orange Street
New Haven, CT 06511

Raymond F. Miller, Esq.
U.S. Attorney's Office-HFD
450 Main Street, Room 328
Hartford, CT 06103

_____
JOHN J. KELLY

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O.DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com