FILED

2006 JAN 30 P 3: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

### UNITED STATE DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR341(EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | JANUARY 17, 2006 |

### DEFENDANT JOSE CONCEPCION'S WAVIER OF SPEEDY TRIAL/SENTENCING

The defendant Jose Concepcion, hereby waives those rights accorded him by the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8A) and the Local Speedy Trial Plan for the District of Connecticut.

In support of this Wavier, the defendant states as follows:

He is represented by and has consulted with his attorney, John J. Kelly, concerning the wavier:

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act:

He requests that the Court find that the requested continuance is in his best interest, and outweighs the public interest in sentencing, and the Court will find that the period of delay from January 17, 2006 to May 4, 2006, is hereby excluded.

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O.DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

_____      1/26/06
JOSE CONCEPCION                            DATE

_____      1-17-06
JOHN J. KELLY                                 DATE
Cantor Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

## **CERTIFICATION**

This is to certify that the Defendant Jose Concepcion's Waiver of Speedy Trail was mailed this 17th day of January 2006 to the following counsel:

Jonathan Biran, Esq.  
Assistant U.S. Attorney  
P.O. Box 1824  
New Haven, CT 06508

Alan Sobol, Esq.  
O'Connell Flaherty & Attmore  
280 Trumbull Street  
Hartford, CT 06103

Edmund Q. Collier, Esq.  
771 Boston Post Road  
Milford, CT 06460

Michael S. Hillis, Esq.  
205 Whitney Avenue  
New Haven, CT 06511

Jeffrey Olgin, Esq.  
74 Rose Hill Road  
Branford, CT 06405

Richard S. Cramer, Esq.  
449 Silas Deane Highway  
Wethersfield, CT 06109

David J. Wenc, Esq.  
P.O. Box 306  
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.  
412 Orange Street  
New Haven, CT 06511

CANTOR, FLOMAN - JURIS 423986  
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966  
TELEPHONE (203)795-1211 – FAX (203)795-1215  
sfloman@cantorfloman.com  
www.cantorfloman.com

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richards
405 Orange Street
New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office-HFD
450 Main Street, Room 328
Hartford, CT  06103

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com