UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                  Case Number:  3:02CR341(EBB)

JOSE CONCEPCION

**ORDER re: Doc. # 622**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from January 17, 2006 until May 4, 2006 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, February 2, 2006.


                    SO ORDERED

                    _____
                    ELLEN BREE BURNS, SENIOR U.S.D.J.