UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR341(EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | MAY 10, 2006 |

### DEFENDANT JOSE CONCEPCION'S WAVIER OF SPEEDY TRIAL/SENTENCING

The defendant Jose Concepcion, hereby waives those rights accorded him by the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8A) and the Local Speedy Trial Plan for the District of Connecticut.

In support of this Wavier, the defendant states as follows:

He is represented by and has consulted with his attorney, John J. Kelly, concerning the wavier:

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act:

He requests that the Court find that the requested continuance is in his best interest, and outweighs the public interest in sentencing, and the Court will find that the period of delay from May 4, 2006 to June 21, 2006, is hereby excluded.

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O.DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

_____      5-10-06
JOSE CONCEPCION                DATE

_____     5-10-06
JOHN J. KELLY                  DATE
Cantor Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

## **CERTIFICATION**

This is to certify that the Defendant Jose Concepcion's Waiver of Speedy Trail was mailed this 10th day of May 2006 to the following counsel:

Michael McGarry, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT 06460

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Raymond F. Miller, Esq.
U.S. Attorney's Office-HFD
450 Main Street, Room 328
Hartford, CT 06103

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richards
405 Orange Street
New Haven, CT 06511

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O.DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com