```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT

USA

V.                                Case Number:  3:02CR341(EBB)

JOSE CONCEPCION
```

**ORDER re: Doc. # 659**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from May 4, 2006 until June 21, 2006 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, May 17, 2006.


                        SO ORDERED

                        _____
                        ELLEN BREE BURNS, SENIOR U.S.D.J.