UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | JUNE 7, 2006 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing, to a date to be selected by the Court in November 2006, for the following reasons:

1. Mr. Concepcion's sentencing is scheduled for June 21, 2006.

2. Undersigned counsel has been informed that the sentencings of some of the other defendants scheduled for June 2006 have been continued to September 29, 2006.

3. The defendant, Jose Concepcion, believes that evidence presented during the sentencings of the other defendants will be relevant to issues at his sentencing.

4. The undersigned counsel's wife will be in Spain between June 16, 2006 and October 30, 2006.

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

5. Undersigned counsel will be in Spain between approximately the first week of July 2006 and October 30, 2006.

The undersigned counsel has spoken with Assistant U.S. Attorney Michael McGarry who stated he has no objection to the granting of this Motion.

**WHEREFORE**, the defendant respectfully requests that this Court grant the instant motion and continue his sentencing until a date in November 2006 to be selected by the Court.

Respectfully submitted,

JOHN J. KELLY
Cantor, Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 7th day of June 2006 to:

Michael McGarry, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT  06460

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT  06096

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes
& Richards
405 Orange Street
New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main Street, Room 328
Hartford, CT  06103

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT  06511

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

Thomas Dennis, Esq.
Federal Public Defender
10 Columbus Boulevard
Hartford, CT 06106

Salvatore DePiano, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

_____
JOHN J. KELLY

CANTOR, FLOMAN - JURIS 423986
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com