# UNITED STATE DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR341(EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | JUNE 7, 2006 |

## DEFENDANT JOSE CONCEPCION'S WAVIER OF SPEEDY TRIAL/SENTENCING

The defendant Jose Concepcion, hereby waives those rights accorded him by the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8A) and the Local Speedy Trial Plan for the District of Connecticut.

In support of this Wavier, the defendant states as follows:

He is represented by and has consulted with his attorney, John J. Kelly, concerning the wavier:

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act:

He requests that the Court find that the requested continuance is in his best interest, and outweighs the public interest in sentencing, and the Court will find that the period of delay from June 21, 2006 to a date in November, 2006, to be selected by the Court, is hereby excluded.

_____        _____
JOSE CONCEPCION                    DATE


_____        _____
JOHN J. KELLY                      DATE
Cantor Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

## **CERTIFICATION**

This is to certify that the Defendant Jose Concepcion's Waiver of Speedy Trail was mailed this \_\_\_\_ day of June 2006 to the following counsel:

Michael McGarry, Esq.                Alan Sobol, Esq.
Assistant U.S. Attorney              O'Connell Flaherty & Attmore
P.O. Box 1824                        280 Trumbull Street
New Haven, CT  06508                 Hartford, CT  06103

Edmund Q. Collier, Esq.              Michael S. Hillis, Esq.
771 Boston Post Road                 205 Whitney Avenue
Milford, CT  06460                   New Haven, CT  06511

Richard S. Cramer, Esq.              Jonathan J. Einhorn, Esq.
449 Silas Deane Highway              412 Orange Street
Wethersfield, CT  06109              New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main Street, Room 328
Hartford, CT  06103

David J. Wenc, Esq.
 P.O. Box 306
Windsor Locks, CT  06096

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richards
405 Orange Street
New Haven, CT  06511