```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT

USA

V.                                Case Number:  3:02CR341(EBB)

JOSE CONCEPCION
```

**ORDER re: Doc. # 680**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from June 21, 2006 until November 1, 2006 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, July 12, 2006.

```
                         SO ORDERED


                         _____
                         ELLEN BREE BURNS, SENIOR U.S.D.J.
```