

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02 CR 341 (EBB) |
| VS. | : | |
| JOSE CONCEPCION, ET AL | : | FEBRUARY 12, 2007 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, Jose Concepcion, by his attorney John J. Kelly, respectfully moves this Honorable Court to continue his sentencing until a date after May 11, 2007 for the following reasons:

1. Mr. Concepcion's sentencing was scheduled for February 15, 2007.

2. On February 1, 2007, the Court continued the sentencing in this case and co-defendant cases until after the Court issues the ruling on loss.

3. The undersigned will be in Spain between February 19, 2007 and May 11, 2007.

4. The undersigned counsel has spoken with Assistant U.S. Attorney Michael McGarry who stated he has no objection to the granting of this Motion.

CANTOR FLOMAN - JURIS NO. 423986
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

**WHEREFORE**, the defendant respectfully requests that this Court grant the instant motion and continue his sentencing until a date in May 2007, convenient to the Court's schedule.

Respectfully submitted,

_____
JOHN J. KELLY
Cantor, Floman
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

CANTOR FLOMAN - JURIS NO. 423986
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants Motion to Continue Sentencing was mailed this 13th day of February 2007 to:

Michael McGarry, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT 06460

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes
& Richards
405 Orange Street
New Haven, CT 06511

Thomas Dennis, Esq.
Federal Public Defender
10 Columbus Boulevard
Hartford, CT 06106

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103

Salvatore DePiano, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

JOHN J. KELLY

CANTOR FLOMAN - JURIS NO. 423986
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com