

### UNITED STATE DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:02CR341(EBB)** |
| **VS.** | : | |
| **JOSE CONCEPCION, ET AL** | : | **FEBRUARY 8, 2007** |

### DEFENDANT JOSE CONCEPCION'S WAVIER OF SPEEDY TRIAL/SENTENCING

The defendant Jose Concepcion, hereby waives those rights accorded him by the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8A) and the Local Speedy Trial Plan for the District of Connecticut.

In support of this Wavier, the defendant states as follows:

He is represented by and has consulted with his attorney, John J. Kelly, concerning the wavier:

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act:

He requests that the Court find that the requested continuance is in his best interest, and outweighs the public interest in sentencing, and the Court will find that the period of delay from February 15, 2007 to June 1, 2007 is hereby excluded.

CANTOR FLOMAN - JURIS NO. 423986
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

_____  _____
JOSE CONCEPCION            2-8-07
                           DATE

_____  _____
JOHN J. KELLY              2-7-07
Cantor Floman              DATE
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

## CERTIFICATION

This is to certify that the Defendant Jose Concepcion's Waiver of Speedy Trial was mailed this 7th day of February to the following counsel:

Michael McGarry, Esq.  
Assistant U.S. Attorney  
P.O. Box 1824  
New Haven, CT 06508

Alan Sobol, Esq.  
O'Connell Flaherty & Attmore  
280 Trumbull Street  
Hartford, CT 06103

Edmund Q. Collier, Esq.  
771 Boston Post Road  
Milford, CT 06460

Michael S. Hillis, Esq.  
205 Whitney Avenue  
New Haven, CT 06511

Richard S. Cramer, Esq.  
449 Silas Deane Highway  
Wethersfield, CT 06109

Jonathan J. Einhorn, Esq.  
412 Orange Street  
New Haven, CT 06511

Raymond F. Miller, Esq.  
U.S. Attorney's Office  
450 Main Street, Room 328  
Hartford, CT 06103

Ethan A. Levin-Epstein, Esq.  
Garrison Levin-Epstein Chimes & Richards  
405 Orange Street  
New Haven, CT 06511

CANTOR FLOMAN - JURIS NO. 423986
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

_____
JOHN J. KELLY

CANTOR FLOMAN - JURIS NO. 423986
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215
sfloman@cantorfloman.com
www.cantorfloman.com